Argued and submitted April 28,
affirmed as modified September 1, 1982

In the Matter of the Compensation of
Alvin E. Dalton, Claimant.
DALTON,
*Petitioner,*
*v.*
UTILITY VAULT CO.,
*Respondent.*
(WCB No. 80-9066, CA A22531)
650 P2d 164

Larry N. Sokol, Portland, argued the cause for petitioner. On the brief was Michael T. Garone, Portland.

Eugene H. Buckle, Portland, argued the cause for respondent. With him on the brief was Cosgrave, Kester, Crowe, Gidley & Lagesen, Portland.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

**PER CURIAM.**

After reviewing the record *de novo,* we have concluded that claimant should be awarded 45 percent for unscheduled permanent partial disability. *Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* 284 Or 521 (1978).

Affirmed as modified.